DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LEDSUY Y. SANCHEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2510

_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

William R. Ponall and Laura L. Cepero of Ponall Law, Maitland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga and William Andrew Leto, Assistant Attorneys General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.